DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** Susan M. Brnovich  **Date:** February 22, 2024

**Case Number:** CV-24-00165-PHX-SMB

**LeTip World Franchise LLC v. Long Island Social Media Group LLC et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Jeffrey Harris Wolf | Raymond R. Grasing (via Zoom) |
| | Also Present: Summer Middleton and Paul Della Valle (via Zoom) | Also Present: Clifford Pfleger and Saranto Calamas (all appearing via Zoom) |

**PRELIMINARY INJUNCTION HEARING (Continued)**

9:12 a.m. Court is in session. Examination of Clifford Pfleger resumes. 10:49 a.m. Court is in recess.

11:01 a.m. Court reconvenes. Examination of Clifford Pfleger resumes. The witness is excused. Saranto Calamas appearing via Zoom is sworn and examined. The witness is excused. Closing arguments presented. **IT IS ORDERED** directing the parties to submit their proposed findings of fact and conclusions of law by no later than March 4 2024. The matter is taken under advisement. **IT IS FURTHER ORDERED** that the Temporary Restraining Order remain in effect until the Court's ruling on the preliminary injunction.

11:57 a.m. Court is adjourned.

Deputy Clerk: Elaine Garcia  **2 hrs 33 minutes**
Court Reporter: Christine Coaly  **Start: 9:12 AM**
  **Stop: 11:57 PM**