# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LeTip World Franchise LLC, | No. CV-24-00165-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Long Island Social Media Group LLC, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Extend the Deadline for Submitting Proposed Findings of Fact and Conclusions of Law (Doc. 44) and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the submission of proposed findings of fact and conclusions of law is extended until **March 11, 2024**.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order shall remain in effect until the Court rules on Plaintiff's Motion for Preliminary Injunction.

Dated this 11th day of March, 2024.

Honorable Susan M. Brnovich
United States District Judge